**STATEMENT OF FACTS**

On or about November 25, 2013, members of the Narcotics Special Investigations Division executed a search warrant at XXXX XXXXXXXXX XXXXXX, XXXXXXXXX XX, XX., Washington, DC. While conducting a sweep of the apartment, officers encountered the defendant's girlfriend, who stated the defendant, Larry Hall, went to the store. During a search of the bedroom closet, officers recovered a loaded Mossberg 12 gauge pistol grip shotgun located under clothing. While searching the kitchen, officers found rubber gloves, a blue plate with white residue and a razor blade. The white reside tested positive for cocaine. Located in another drawer inside the kitchen were eighteen (18) clear zips containing a green weed substance, fourteen (14) empty clear zips, and one sandwich bag containing seven (7) clear zips of a green weed substance, which tested positive for THC. Several items of mail, addressed to the defendant, were also recovered. Upon return to the apartment, the defendant admitted he was the lessee of the apartment. He was then placed under arrest.

To the best of the undersigned officer's knowledge, defendant Larry Hall, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Case Nos. 1993-FEL-002518 and 1991-FEL-008582. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Mossberg 12 gauge pump action shotguns or ammunition manufactured in the District of Columbia.

_____
OFFICER THOMAS SHEEHAN
NARCOTICS SPECIAL INVESTIGATIIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF NOVEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE